UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Kevin A. Halverson,<br><br>　　　　　Defendant. | CR10-0035JLR-1<br><br>ORDER |

　　　Monies were deposited by defendants to the Court's Deposit Fund (6855XX). Checks were sent to the sole victim, Carmen Arruda, as listed on the judgment, but were returned by the U.S. Postal Service as "undeliverable" or returned to check cancellation. Numerous attempts have been made to find a valid address but to no avail.

　　　The monies were then moved to Unclaimed Fund (Fund 613300) as per the Judicial Guidelines.

　　　The victim subsequently notified the court of their correct mailing address, which was then updated in our financial system.

ORDER - 1

1   IT IS NOW, THEREFORE, ORDERED that the monies placed into the
2   Unclaimed Funds be disbursed to the victim.
3
4   DATED this 14th day of November, 2023.

*[signature]*

JAMES L. ROBART
United States District Judge

ORDER - 2